*Buffalo Forge Co.* v. *Columbus & Hocking Clay Constr. Co.*, 140 App. Div. 881, affirmed.

(Argued May 9, 1912; decided May 24, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 29, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action upon contract.

*David Paine* and *Robert Forsyth Little* for appellant.

*Henry W. Killeen* and *John M. Chipman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

FISS, DOERR & CARROLL HORSE COMPANY, Respondent, *v.* PATRICK F. GREEN, Appellant.

*Fiss, Doerr & Carroll Horse Co.* v. *Green*, 137 App. Div. 947, affirmed.

(Submitted May 9, 1912; decided May 24, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 2, 1910, affirming a judgment in favor of plaintiff entered upon an order of the court at a Trial Term granting a motion for judgment on the pleadings in an action to recover on certain promissory notes.

*I. L. Broadwin* for appellant.

*Albert H. T. Banzhaf* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.